## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

---------------------------------------------------------------X
In re:                                              :     Chapter 11
                                                    :
Truslow, LLC                                        :     No. 16-10469-BFK
                                                    :
      Debtor.                                       :
                                                    :
---------------------------------------------------------------X

## ORDER EXTENDING EXCLUSIVITY PERIOD

UPON CONSIDERATION of Debtor's Motion to Extend Exclusivity Period, proper notice having been given, and

The Court finding that the requested extension is in the interest of justice, and that the Motion should be granted, it is hereby

ORDERED that the deadlines in 11 U.S.C. § 1121(b) and (c)(2), and the deadline in 11 U.S.C. § 1121(c)(3) are hereby extended by 90 days, to September 8, 2016, and November 7, 2016, respectively.

Dated: Jul 27 2016

/s/ Brian F. Kenney
_____
Judge, U.S. Bankruptcy Court

Entered on Docket: _____    7/28/2016

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

I ASK FOR THIS:

_/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

.